# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*
*JUN - 2 2023*
*CLERK, U.S. DISTRICT COURT*
*By ___BM___ Deputy*

**MOTION UNDER 28 U.S.C. SECTION 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY**

UNITED STATES OF AMERICA

vs.

MOVANT (full name of movant): GARY MONROE NOLAN

PLACE OF CONFINEMENT: T.C.C.O   BiLL CLAYTON

PRISONER ID NUMBER: 05756975

CRIMINAL CASE NUMBER: 2019CI23476

(If a movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities needs to be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4. If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration provided with this motion, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office whose address is:

Abilene Division
341 Pine St, Rm 2008
Abilene, TX 79601

Amarillo Division
205 SE 5th Ave, Rm 133
Amarillo, TX 79101

Dallas Division
1100 Commerce St, Rm 1452
Dallas, TX 75242

Fort Worth Division
501 W 10th St, Rm 310
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave, Rm 209
Lubbock, TX 79401

San Angelo Division
33 E Twohig Ave, Rm 202
San Angelo, TX 76903

Wichita Falls Division
501 W 10th St, Rm 310
Fort Worth, TX 76102

8. Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

# MOTION

1. Name and location of court that entered the judgment of conviction you are challenging:

290TH JUDICIAL DISTRICT, BEXAR COUNTY
100 N. COMAL, SAN ANTONIO, TX

2. Date of the judgment of conviction:

6/23/2022

3. Length of sentence: Life

4. Nature of offense involved (all counts):

SEXUALLY VIOLENT PREDATOR, BEHAVIORAL ABNORMALITY

5. (a) What was your plea? (Check one)

　　Not guilty [X]　　Guilty [ ]　　Nolo contendere (no contest) [ ]

　(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)　Jury [X]　Judge Only [ ]
7. Did you testify at the trial? (Check one)　　　　　　　　　　　　Yes [X]　No [ ]
8. Did you appeal from the judgment of conviction? (Check one)　　　Yes [ ]　No [X]
9. If you did appeal, answer the following:

　　Name of Court: _____

　　Result: _____

　　Date of result: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐   No ☒

11. If your answer to 10 was "Yes" give the following information:

    Name of Court: _____

    Nature of proceeding:

    [                                    ]

    Grounds raised:

    [                                    ]

    Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ☐   No ☐

    Result: _____

    Date of result: _____

    As to any *second* petition, application or motion, give the same information:

    Name of Court: _____

    Nature of proceeding:

    [                                    ]

    Grounds raised:

    [                                    ]

    Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ☐   No ☐

    Result: _____

    Date of result: _____

As to any *third* petition, application or motion, give the same information:

Name of Court: _____

Nature of proceeding:

[ ]

Grounds raised:

[ ]

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐   No ☐

Result: _____

Date of result: _____

Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

First petition, etc.      Yes ☐   No ☐
Second petition, etc.   Yes ☐   No ☐
Third petition, etc.     Yes ☐   No ☐

If you did not <u>appeal</u> from the adverse action on any petition, application or motion, explain briefly why you did not:

STATE COUNSUL FOR OFFENERED WAS TO DO THIS BUT THEY DID NOT FOR THEY DID A POOR JOB SO I AM NOW HAVING TO DO THIS AS I LEARN

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    **CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you <u>should raise in this petition all available grounds</u> (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

<u>DO NOT CHECK ANY OF THESE LISTED GROUNDS.</u> If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any of these grounds.

    (a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

    (b)    Conviction obtained by use of coerced confession.

    (c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

    (d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

    (e)    Conviction obtained by a violation of the privilege against self-incrimination.

    (f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

    (g)    Conviction obtained by a violation of the protection against double jeopardy.

    (h)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

    (i)    Denial of effective assistance of counsel.

    (j)    Denial of right to appeal.

A.   Ground One:

DeNIAL of RIGHT TO AppeAL

Supporting FACTS (tell your story briefly without citing cases or law):

foR S.C.F.O DID NOT AppeAL ANd IS oNly Used TO sHow THe CouRT I HAVe LeGAL AiD

B.   Ground Two:

CONVICTION obtAiNed by A violAtioN of pRivileGe AGAiNst Self-INCRimiNatioN

Supporting FACTS (tell your story briefly without citing cases or law):

All RepoRTs ARe BAsed of vNsupported fActs from TDCJ INteRviews THAT ARe WRONG oR BeeN uNchecked foR fActs

C.   Ground Three:

CONViCtioN obtAined by A violAtioN of THe pRotectioN oFGAiNst double JeopARdy

Supporting FACTS (tell your story briefly without citing cases or law):

foR THe StAte used All THe sAme evideNce tHAT THey used IN my CRimiNAL CAse THey Just ReplAced THe woRd civiL with THe woRd CRimiNAL

D.   Ground Four:

CONVICTION BY THE LAW OF MIGHT do CRIMINAL ACTIONS

Supporting FACTS (tell your story briefly without citing cases or law):

By USING THE future of I will do A CRIME IN THE FUTURE, BUT CANNOT PROVE WHEN, WHERE, OR HOW is only A BIAS oppion AND NOT A FACT

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

THAT A BEHAVIOR ABNORMALITY IS NEVER RECONIZED BY THE AMERICAN PSYHICATE BOARD of AMERICA. THAT IT IS NOT REALLY A FACT BUT A BIAS oppion of STATE PAID doctors TO USE TO CONVICT A PERSON FOR LIFE WITH NO NEW GROUNDS

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing:

DebRA
S.C.IFO
P.O Box 99
Huntsville, TX

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal

(f) In any post-conviction proceeding:

(g) On appeal from any adverse ruling in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) And give date and length of sentence to be served in the future:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☒   No ☐

    Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

    _____
    Signature

    _____
    Firm Name (if any)

    _____
    Address

    _____
    City, State & Zip Code

    _____
    Telephone (including area code)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on   6-1-2023   (date).

*Gary Nolan*
Signature of Movant

NolAN, GARY
5756975
2600 ...
Littlefield, TX 79339

US POSTAGE
FIRST-CLASS
$1.74

Lubbock Division
1205 Texas Ave, Rm 209
Lubbock, TX 79401



RECEIVED
JUN - 2 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MAILED
5/3/23

LeGAL MAIL